AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| Khadeejah Jeffery | ) Case: 1:25-mj-00177 |
| DOB: XXXXXX | ) Assigned To: Judge Sharbaugh, Matthew J. |
|  | ) Assign. Date: 8/27/2025 |
| Carlton Jonson | ) Description: COMPLAINT W/ARREST WARRANT |
| DOB: XXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                  *Offense Description*

18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers and employees of the United States) - Khadeejah Jeffery

22 D.C. Code § 405 (Assaulting a Police Officer) - Carlton Jonson

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Joseph Prendergast, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/27/2025

*Judge's signature*

City and state: Washington, D.C.                Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*