## STATEMENT OF FACTS

The below signed affiant is a Special Agent with the Federal Bureau of Investigation ("FBI"), Washington Field Office, assigned to the Violent Crimes Task Force since April 2025. I have been with the FBI since August 2021. Prior to becoming an FBI Special Agent, I served as a police officer for the Washington, D.C. Metropolitan Police Department ("MPD") from March 2014 to July 2021, where I was assigned to the Crime Suppression Team. In that capacity, I responded to and conducted preliminary investigations of a variety of misdemeanor and felony offenses including those related to firearms, narcotics, motor vehicle thefts, aggravated assaults, and burglaries. As an FBI agent, I underwent extensive training at the FBI Academy in Quantico, Virginia and the MPD Academy, which included training in a variety of investigative and legal matters, including the Fourth Amendment searches and seizures, the drafting of search warrant affidavits, and probable cause.

This affidavit is in support of an arrest warrant and is intended to establish probable cause for the arrest of Khadeejah Jeffery ("JEFFERY") and Carlton Jonson ("JONSON"). This affidavit is not intended to convey all the facts known to law enforcement. The following facts and circumstances set forth in this affidavit are based on information supplied to your affiant by members of the law enforcement community, witnesses, and facts obtained through my independent investigation.

On August 16, 2025, FBI Special Agent Jamal Pride was assigned to assist MPD First District enforcement group with patrolling. Throughout that evening, your affiant, SA Pride, and other FBI agents conducted patrols along with MPD First District Officer Anthony Boone and other MPD officers.

At approximately 1:15 a.m., a manager ("W-1") at Zooz, a cocktail bar located at 636 Maine Avenue Southwest in Washington, D.C., flagged down an MPD officer outside of Zooz. W-1 reported that two suspects, later identified as JEFFERY and JONSON, were being rowdy inside the bar so W-1 refused to serve them additional drinks. In response, JEFFERY threw her drink on the floor. W-1 asked JEFFERY and JONSON to leave the bar, but they refused. W-1 responded that he would go get police. JEFFERY then walked out with W-1 and pulled the fire alarm on her way out the door. W-1 walked outside and flagged down police.

Police responded to the scene and found JONSON inside the bar. When police arrived, JONSON left the bar. Police followed behind JONSON. An officer told JONSON to "keep walking." JONSON turned to face the officer and said words to the effect of, "Deescalate the situation. You've got a camera, right?" JONSON then reached his hand toward the officer's body-worn camera. MPD Officer Anthony Boone then reached his hand towards JONSON and said, "don't put your finger in my face." JONSON then slapped Officer Boone's arm and yanked Officer Boone's vest off Officer Boone's body. Officers took JONSON to the ground. While on the ground, JONSON bit Officer Boone. Police attempted to secure JONSON in handcuffs, but JONSON tensed his arms. Police then sprayed JONSON with OC spray. Police ultimately secured JONSON in handcuffs.

During the incident involving JONSON, SA Pride ran over to assist the MPD officers. While JONSON was on the ground with officers, JEFFERY walked toward JONSON and the officers. SA Pride blocked JEFFERY and then moved her away from JONSON. JEFFERY approached SA Pride for a second time and yelled words to the effect of, "don't put your hands on me." SA Pride moved JEFFERY back again. JEFFERY then ran toward SA Pride and struck SA Pride in the face with an open hand. JEFFERY's hand made physical contact with SA Pride's face.

As such, your affiant submits that probable cause exists to charge Khadeejah Jeffery with a violation of 18 U.S.C. § 111 **(Assaulting, resisting, or impeding certain officers and employees of the United States)**.

Your affiant further submits that probable cause exists to charge Carlton Jonson with a violation of 22 D.C. Code § 405 **(Assaulting a Police Officer)**.

Respectfully submitted,

*[signature]*

Joseph Prendergast
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 27, 2025.

MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE